[No. 45599-1-I. Division One. May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERTO AGUINIGA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-8-04002-5, Carlos Y. Velategui, J. Pro Tem., and John M. Darrah, J., entered October 27, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45677-6-I. Division One. May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. SIDNEY D. JENKINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-08643-9, William L. Downing, J., entered November 29, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45745-4-I. Division One. May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE RAMIREZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-1-07348-3, William L. Downing, J., entered December 13, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45892-2-I. Division One. May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS JOHN WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-03523-8, Suzanne M. Barnett, J., entered January 14, 2000. *Dismissed* by unpublished per curiam opinion.